In the Matter of the CITY OF NEW YORK, Appellant, Acting for the New York City Housing Authority, Relative to Acquiring Title to Real Property in the Area Bounded by Amsterdam Avenue and Other Streets in the Borough of Manhattan, Selected as a Site for the Amsterdam Houses.

CITY AND SUBURBAN HOMES COMPANY, Respondent.

Argued April 18, 1944; decided May 25, 1944.

*Ignatius M. Wilkinson, Corporation Counsel (Reuben Levy and Julius Isaacs* of counsel), for appellant.

*Martin A. Schenck, James S. Auerbach* and *Edwin Guest* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.